AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAI LIAM NIX<br>a/k/a "Kai Brazelton" | **SEALED**<br>**WARRANT FOR ARREST**<br><br>CRIMINAL CASE: 5:24-CR-245-BO-RJ |

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**KAI LIAM NIX** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment ____ Superseding Indictment ____ Criminal Information ____ Complaint

____ Order of Court: ____ Violation Notice ____ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 1001(a)(2): False statement or representation made to a department or agency of the United States
Count 2 - 18 U.S.C. §§ 922(a)(1)(A) and 924: Dealing in firearms without a license
Counts 3 and 4 - 18 U.S.C. §§ 922(j) and 924(a)(2): Possession or sale of a stolen firearm

| | |
|---|---|
| Peter A. Moore, Jr.<br>Name of Issuing Officer<br><br>[signature]<br>Signature of Issuing Officer by Deputy Clerk | Clerk of Court<br>Title of Issuing Officer<br><br>AUGUST 14, 2024 - RALEIGH, NORTH CAROLINA<br>Date and Location |

Recommended Bond: DETENTION

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

| DATE RECEIVED<br>8/14/24 | NAME AND TITLE OF ARRESTING OFFICER<br><br>L Gralauski-Allee / TFO | NAME AND TITLE OF ARRESTING<br><br>L Gralenski-Allee / TFO |
|---|---|---|
| DATE OF ARREST<br>8/15/24 | | |

FILED
AUG 19 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK