UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CR-00245-BO-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAI LIAM NIX | NOTICE OF APPEARANCE |

    Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above-named defendant in this criminal case.

    Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

GABRIEL J. DIAZ
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on this date, using the CM/ECF system which will send notification of such filing to the above.

    Respectfully submitted this 20th day of August, 2024.

                                        G. ALAN DuBOIS
                                        Federal Public Defender

                                        ***/s/ Robert J. Parrott, Jr.***
                                        ROBERT J. PARROTT, JR.
                                        Assistant Federal Public Defender
                                        Attorney for Defendant
                                        Office of the Federal Public Defender
                                        150 Fayetteville Street, Suite 450
                                        Raleigh, North Carolina 27601
                                        Telephone: 919-856-4236
                                        Fax: 919-856-4477
                                        E-mail: robert_parrott@fd.org
                                        N.C. State Bar No. 46312
                                        LR 57.1 Counsel Appointed