UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:24-CR-245-BO-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| KAI NIX, ) | |
| ) | |
| Defendant. ) | |

NOW COMES the undersigned who does hereby enter this Notice of Appearance as counsel for the Defendant in the above-captioned case.

This the 1st day of October, 2024.

                LAW OFFICES OF KEITH A. WILLIAMS, P.A.

        By:    /s/ Keith A. Williams
               KEITH A. WILLIAMS
               P.O. Box 1965
               321 South Evans Street, Suite 103
               Greenville, NC  27835
               Phone:  252/931-9362
               Fax:  252/830-5155
               N.C. Bar Number 19333
               E-mail:  keith@williamslawonline.com
               Retained Counsel

2
CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Gabriel Diaz.

This the 1st day of October, 2024.

LAW OFFICES OF KEITH A. WILLIAMS, P.A.

By: /s/ Keith A. Williams
KEITH A. WILLIAMS
P.O. Box 1965
321 South Evans Street, Suite 103
Greenville, NC 27835
Phone: 252/931-9362
Fax: 252/830-5155
N.C. Bar Number 19333
E-mail: keith@williamslawonline.com
Retained Counsel