UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-00245-BO-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAI LIAM NIX | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

The Office of the Federal Public Defender hereby respectfully moves the Court for an order allowing it to withdraw as counsel of record for Kai Liam Nix. The grounds for this motion are that Attorney Keith A. Williams entered his Notice of Appearance for Mr. Nix on October 1, 2024 [DE-22].

WHEREFORE, the Office of the Federal Public Defender respectfully moves the Court for an order allowing it to withdraw as counsel for Kai Liam Nix.

Respectfully submitted this 2nd day of October, 2024.

        G. ALAN DuBUOIS
        Federal Public Defender

        /s/ Robert J. Parrott Jr.
        ROBERT J. PARROTT JR.
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        150 Fayetteville Street, Suite 450
        Raleigh, North Carolina 27601
        Telephone: 919-856-4236
        Fax: 919-856-4477
        E-mail: Robert_Parrott@fd.org
        N.C. State Bar No. 46312
        Appointed

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Gabriel J. Diaz
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on this date, using the CM/ECF system which will send notification of such filing to the above.

    This the 2nd day of October, 2024.

    /s/ Robert J. Parrott Jr.
    ROBERT J. PARROTT JR.
    Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    150 Fayetteville Street, Suite 450
    Raleigh, North Carolina 27601
    Telephone: 919-856-4236
    Fax: 919-856-4477
    E-mail: Robert_Parrott@fd.org
    N.C. State Bar No. 46312
    Appointed