UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:24-CR-245-BO-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CONSENT MOTION TO CONTINUE |
| | ) | ARRAIGNMENT AND EXTEND |
| KAI NIX, | ) | MOTIONS DEADLINE |
| | ) | |
| Defendant. | | |

NOW COMES the Defendant, by and through the undersigned counsel, and makes this unopposed motion (with incorporated memorandum) to extend the November 22, 2024, pretrial motions deadline and to continue the December 17, 2024, arraignment. In support of the motion, the Defendant shows the following:

1. The undersigned filed a notice of appearance on October 1.

2. The Government has provided discovery.

3. The parties are engaged in case discussions.

4. The undersigned respectfully submits additional time is needed to review discovery and engage in additional discussions with the Government.

5. The undersigned requests extension of the motions deadline and continuance of the arraignment.

6. Assistant United States Attorney Gabe Diaz has no objection.

7. A proposed order is submitted herewith.

WHEREFORE, the Defendant prays the court to grant this motion.

This the 21st day of November, 2024.

                                        LAW OFFICES OF KEITH A. WILLIAMS, P.A.

                    By:    /s/ Keith A. Williams
                           KEITH A. WILLIAMS
                           321 South Evans Street, Suite 103
                           Greenville, NC  27835
                           Phone:  252/931-9362
                           Fax:  252/830-5155
                           N.C. Bar Number 19333
                           E-mail:  keith@williamslawonline.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Gabe Diaz.

This the 21st day of November, 2024.

LAW OFFICES OF KEITH A. WILLIAMS, P.A.

By: /s/ Keith A. Williams
KEITH A. WILLIAMS
P.O. Box 1965
321 South Evans Street, Suite 103
Greenville, NC 27835
Phone: 252/931-9362
Fax: 252/830-5155
N.C. Bar Number 19333
E-mail: keith@williamslawonline.com