UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:24-CR-245-BO-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CONSENT MOTION TO CONTINUE |
| | ) | ARRAIGNMENT AND EXTEND |
| KAI NIX, | ) | MOTIONS DEADLINE |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, by and through the undersigned counsel, and makes this motion for a 30-day extension of the motions deadline and the arraignment. The current motions deadline is February 21, 2025, with arraignment on the court's March term.

The parties are engaged in good faith discussions about possible case resolution. Additional time is needed to complete the discussions. Assistant United States Attorney Gabe Diaz has no objection to this motion.

WHEREFORE, the Defendant prays the court to grant the motion. A proposed order is submitted herewith.

This the 20th day of February, 2025.

                                          LAW OFFICES OF KEITH A. WILLIAMS, P.A.

           By:    /s/ Keith A. Williams
                  KEITH A. WILLIAMS
                  321 South Evans Street, Suite 103
                  Greenville, NC  27835
                  Phone:  252/931-9362
                  Fax:  252/830-5155
                  N.C. Bar Number 19333
                  E-mail:  keith@williamslawonline.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Gabe Diaz.

      This the 20th day of February, 2025.

                        LAW OFFICES OF KEITH A. WILLIAMS, P.A.

                        By:    /s/ Keith A. Williams
                                KEITH A. WILLIAMS
                                P.O. Box 1965
                                321 South Evans Street, Suite 103
                                Greenville, NC  27835
                                Phone:  252/931-9362
                                Fax:  252/830-5155
                                N.C. Bar Number 19333
                                E-mail:  keith@williamslawonline.com