UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:24-CR-245-BO-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KAI NIX, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER IS BEFORE THE COURT on the Defendant's unopposed motion for extension of the motions deadline and continuance of the arraignment in the above case.

For good cause shown, it is hereby ORDERED the motion is GRANTED and this matter is continued to the ___Sept 2025___ term of court. The defense shall file pretrial motions on or before ___August 22, 2025___.

IT IS FURTHER ORDERED that any delay that results from this continuance is hereby excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant in a speedy trial.

SO ORDERED.

This the __22__ day of __July__, 2025.

_____
HONORABLE TERRENCE W. BOYLE
United States District Judge
Eastern District of North Carolina