

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 5:24-CR-245-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CONSENT TO PROCEED BEFORE |
| | ) | MAGISTRATE JUDGE |
| KAI LIAM NIX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to assistance of legal counsel. The Magistrate Judge has informed me of my right to trial, judgment, and sentencing before a United States District Judge.

I HEREBY WAIVE ANY RIGHT I MAY HAVE TO ARRAIGNMENT BEFORE A UNITED STATES DISTRICT JUDGE AND THEREFORE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR PURPOSES OF ARRAIGNMENT PURSUANT TO RULE 10 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND ENTERING A PLEA PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

_____
Defendant

_____
Defense Counsel

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge

_____
Assistant U.S. Attorney