UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:24-CR-245-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | MOTION TO CONTINUE |
| | ) | 12/11/2025 SENTENCING |
| KAI NIX, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, by and through the undersigned counsel, who does hereby make this unopposed motion to continue the December 11, 2025, sentencing in the above case.

The Defendant pled guilty September 17, 2025. Sentencing was set for the Court's December term. The defense respectfully requests additional time to prepare for sentencing. Assistant United States Attorney Ashley Foxx has no objection.

WHEREFORE, the Defendant prays the Court to grant this motion. A proposed order is submitted herewith.

This the 18th day of November, 2025.

                                                 LAW OFFICES OF KEITH A. WILLIAMS, P.A.

                    By:   /s/ Keith A. Williams
                           KEITH A. WILLIAMS
                           P.O. Box 1965
                           321 South Evans Street, Suite 103
                           Greenville, NC  27835
                           Phone:  252/931-9362
                           Fax:  252/830-5155
                           N.C. Bar Number 19333
                           E-mail:  keith@williamslawonline.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Ashley Foxx.

      This the 18th day of November, 2025.

                              LAW OFFICES OF KEITH A. WILLIAMS, P.A.

                  By:    /s/ Keith A. Williams
                           KEITH A. WILLIAMS
                           P.O. Box 1965
                           321 South Evans Street, Suite 103
                           Greenville, NC  27835
                           Phone:  252/931-9362
                           Fax:  252/830-5155
                           N.C. Bar Number 19333
                           E-mail:  keith@williamslawonline.com