UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:24-CR-245-FL

UNITED STATES OF AMERICA,       )
                                )
        v.                      )             ORDER
                                )
KAI NIX,                        )
                                )
        Defendant.              )

THIS MATTER IS BEFORE THE COURT on the Defendant's unopposed motion to continue the December 11, 2025, sentencing in the above case.

For good cause shown, it is hereby ORDERED the motion is GRANTED. Sentencing is hereby reset for the Court's following term: February 17, 2026 .

IT IS FURTHER ORDERED that any delay that results from this continuance is hereby excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant in a speedy trial.

This the 18th day of November, 2025.


_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge
Eastern District of North Carolina