UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:24-CR-245-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KAI NIX, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on the Defendant's motion to modify the conditions of pretrial release to allow him to travel to see his grandfather, Dennis Goode, for three days in Indian Trail, North Carolina.

For good cause shown, it is hereby ORDERED the motion is GRANTED. The Defendant shall coordinate scheduling of the three days with his probation officer. The Defendant must travel directly to Mr. Goode's residence and directly back to the Defendant's residence.

SO ORDERED, this the __12th__ day of __February__, 2026.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge
Eastern District of North Carolina