UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:24-CR-245-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | MOTION TO MODIFY |
| | ) | CONDITIONS OF RELEASE |
| KAI NIX, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, by and through the undersigned counsel, who does hereby make this motion to modify the DE # 18 Release Order to allow him to travel for to see his grandfather in the Charlotte area for the purpose of assisting him after he recovers from surgery. In support of the motion, the Defendant shows the following:

1. He pled guilty and is awaiting sentencing.

2. He has been on pretrial release since entry of the DE #18 Release Order on August 22, 2024 (Exhibit A). The order placed him on home detention. He was released on the same conditions after pleading guilty on September 17, 2025. He has been residing with his family in West End, North Carolina, near Pinehurst.

3. The Defendant's grandfather, Dennis Goode, has cancer. He lives in Indian Trail, North Carolina, near Charlotte.

4. Mr. Goode is scheduled for surgery on July 9, 2026. Exhibit B is a note from the health care provider's office requesting that Kai be allowed to visit and provide

support to Mr. Goode during hospitalization and post-surgical home care from July 9 to July 25.

5.     The Defendant respectfully requests modification of the DE #18 Release Order to allow him to do so.

6.     Assistant United States Attorney Ashley Foxx advised the Government does not take a position on the motion, except requesting that Kai's travel would be directly to the grandfather's residence and directly back to Kai's residence.


WHEREFORE, the Defendant prays the Court to grant this motion.  A proposed order is submitted herewith.

This the 26th day of June, 2026.


LAW OFFICES OF KEITH A. WILLIAMS, P.A.

By:     /s/ Keith A. Williams
        KEITH A. WILLIAMS
        321 South Evans Street, Suite 103
        Greenville, NC  27835
        Phone:  252/931-9362
        Fax:  252/830-5155
        N.C. Bar Number 19333
        E-mail:  keith@williamslawonline.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing document with the Court under seal via CM/ECF and that on this date he is separately serving the document on the Government as follows:

Ms. Ashley Foxx
Assistant United States Attorney
Via email to ashley.foxx@usdoj.gov

This the 26th day of June, 2026.

LAW OFFICES OF KEITH A. WILLIAMS, P.A.

By: /s/ Keith A. Williams
  KEITH A. WILLIAMS
  P.O. Box 1965
  321 South Evans Street, Suite 103
  Greenville, NC 27835
  Phone: 252/931-9362
  Fax: 252/830-5155
  N.C. Bar Number 19333
  E-mail: keith@williamslawonline.com